**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOEL TRACHTENBERG, | : | CIVIL ACTION NO.:  18-1682 (CMR) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| PRIME HEALTHCARE | : | |
| SERVICES - ROXBOROUGH, | : | |
| LLC d/b/a | : | |
| ROXBOROUGH MEMORIAL | : | |
| HOSPITAL, | : | |
| PRIME HEALTHCARE | : | |
| SERVICES - LOWER BUCKS, LLC | : | |
| d/b/a LOWER BUCKS HOSPITAL, | : | |
| and | : | |
| PRIME HEALTHCARE | : | |
| SERVICES, INC., | : | |
| | : | **JURY TRIAL DEMANDED** |
| *Defendants.* | : | |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, and

without costs or fees to either party.

| | |
|---|---|
| SIDNEY L. GOLD & ASSOC., P.C. | LITTLER MENDELSON, P.C |
| /s/Sidney L. Gold, Esquire | /s/Marc D. Esterow |
| SIDNEY L. GOLD, ESQUIRE | Matthew J. Hank, Esq. (PA #86086) |
| I.D. NO.: 21374 | Marc D. Esterow, Esq. (PA #323020) |
| TRACI M. GREENBERG, ESQUIRE | Three Parkway |
| I.D. NO.: 86396 | 1601 Cherry Street, Suite 1400 |
| 1835 Market St., Ste 515 | Philadelphia, PA 19102.1321 |
| Philadelphia, PA 19103 | 267.402.3000 (t) |
| (215) 569-1999 | 267.402.3131 (f) |
| Attorneys for Plaintiff | mhank@littler.com |
| | mesterow@littler.com |
| | Attorney for Defendants |

DATED:  March 18, 2019